

January 3, 2019

**OUR FILE NUMBER:**
**1101-1968**

*<u>Via Docket Entry</u>*
*Honorable Brian D Lynch*
*1717 Pacific Avenue, Ste 2100*
*Tacoma, WA 98402-3233*
*Courtroom I*

Re:    *In re Sean Michael Rebar and Tracie Lee Rebar*
       *Re: Hearing on Confirmation of Plan*
       *Hearing: 1/9/2019 at 1:30 APM at 1717 Pacific Ave. Court Room I, Tacoma, WA*

Dear Honorable Brian D Lynch:

I hereby request to appear at the Confirmation Hearing on behalf of HMC Assets, LLC solely in its capacity as seperpate trustee of the CAM XIV Trust scheduled for 1/9/2019 at 1:30 PM by telephone. I make this request because my office is located in Santa Ana, CA, and it is not economical for me to travel to Seattle, WA to appear on this matter.

Best Regards,

THE LAW OFFICES OF MICHELLE GHIDOTTI

Kristin A. Zilberstein, Esq.